# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CV-00428-GCM

| | |
|---|---|
| ALONZO BETHEA, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| ARMY NATIONAL GUARD | ) |
| ARMY DEPARTMENT OF DEFENSE | ) |
| THE CITADEL, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion for Leave to Appear (Doc. No. 17) and Motion for Limited Admission (Doc. No. 18). The Court finds that there is no cause to conduct a hearing or conference at this time. To the extent Plaintiff seeks an appearance on his claims against the Citadel, that Defendant has been dismissed from this action pursuant to the Court's January 26, 2016 Order. (Doc. No. 16) To the extent that Plaintiff is seeking a hearing or conference on his claims against the Army National Guard, his request is premature because that Defendant has not yet filed an Answer or other responsive pleading. **IT IS THEREFORE ORDERED** that Plaintiff's Motions are **DENIED.**

    **SO ORDERED.**

Signed: February 1, 2016

Graham C. Mullen
United States District Judge