# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alonzo Bethea**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00428-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Army National Guard<br>Army Department of Defense<br>The Citadel**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2016 Order.

February 24, 2016

_____
Frank G. Johns, Clerk
United States District Court