IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00428-GCM

| ALONZO BETHEA, | ) | |
|---|---|---|
| **Plaintiffs,** | ) | |
| v. | ) | **ORDER** |
| ARMY NATIONAL GUARD<br>ARMY DEPARTMENT OF DEFENSE<br>THE CITADEL, | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Plaintiff Alonzo Bethea's *pro se* Motion for New Trial. (Doc. No. 25) Plaintiff's Complaint was dismissed upon Motions to Dismiss by each of the above named Defendants and never proceeded to trial. (Doc. Nos. 16, 23) In the instant motion, Plaintiff repeats the allegations in his complaint, and includes excerpts from various statutes and court cases, none of which appear to be relevant to his previously dismissed claims. Plaintiff has also added photos of Barry Goldwater, Malcolm X, and Martin Luther King, as well as several other apparent graphics that are indecipherable. In short, Plaintiff has provided no grounds for revisiting the Court's prior orders dismissing his Complaint. **IT IS THEREFORE ORDERED** that Plaintiff's Motion for New Trial be **DENIED.**

Signed: June 21, 2016

Graham C. Mullen
United States District Judge